UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 7, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:18MJ00238-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| GUILLERMO JOSE LEON RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  GUILLERMO JOSE LEON RAMIREZ , Case No.  2:18MJ00238-KJN  , Charge  18USC § 922(g)(f)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

 X   Bail Posted in the Sum of $ 50,000.00 

　　 x    Unsecured Appearance Bond $50,000.00

　　 __   Appearance Bond with 10% Deposit

　　 __   Appearance Bond with Surety

　　 __   Corporate Surety Bail Bond

　　 ✔   (Other)        Pretrial conditions as stated on the record. 

Issued at  Sacramento, CA  on  December 7, 2018  at  2:37 pm  .

**The defendant shall be released Monday December 10, 2018 at 9:00 a.m.**

　　　　　　　　　　　　　　　　By   /s/ Allison Claire/s/ Allison Claire
　　　　　　　　　　　　　　　　　　 Allison Claire
　　　　　　　　　　　　　　　　　　 United States Magistrate Judge

Copy 2 - Court