| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | GUILLERMO RAMIREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00011-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | MODIFICATION OF CONDITIONS OF PRETRIAL |
| vs. | ) | RELEASE |
| | ) | |
| GUILLERMO RAMIREZ, | ) | Hon. Kendall J. Newman |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The defendant, GUILLERMO RAMIREZ, is currently on pretrial release in this district on a $50,000 appearance bond secured by a deed of trust and co-signed by his brother, Aurelio L. Ramirez. See CR 12 (appearance bond) and CR 20 (deed of trust).

On January 30, 2019, Mr. Ramirez' Pretrial Services Officer indicated that he is in compliance with his conditions of release. One of those conditions is abiding by a curfew between 8:00 p.m. and 7:00 a.m.

It is hereby stipulated and agreed between Plaintiff, United States Of America, through its counsel of record, David Spencer, Assistant United States Attorney, and the defendant, Guillermo Ramirez, through Assistant Federal Defender, Hannah R. Labaree, that Defendant's Conditions of Release be amended to modify condition number 12 (Curfew) (CR 10), to set the curfew between **9:00 p.m. and 6:00 a.m.** All other conditions will remain in full force and effect.

Proposed amended conditions are attached to this motion. Both Pretrial Services and the

Stipulation and Order

| | |
|---|---|
| 1 | Assistant United States Attorney are in agreement with the amended conditions of release. |
| 2 | The undersigned are entering into this stipulation to request the above-described |
| 3 | modification to Mr. Ramirez's special conditions of pretrial release, and to request that the |
| 4 | attached amended conditions of release be adopted. |

Respectfully submitted,

DATED: January 31, 2019      HEATHER E. WILLIAMS
                             Federal Defender

                             /s/ Hannah R. Labaree
                             HANNAH R. LABAREE
                             Assistant Federal Defender
                             Attorney for GUILLERMO RAMIREZ

DATED: January 31, 2019      McGREGOR W. SCOTT
                             United States Attorney

                             By: /s/ David Spencer
                             DAVID SPENCER
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

# ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 12 for defendant, Guillermo Ramirez, hours of curfew, be set to 9:00 p.m. to 6:00 a.m. All other conditions of pretrial release shall remain in force.

The Amended Special Conditions of Release are hereby adopted.

Dated: February 1, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# **AMENDED SPECIAL CONDITIONS OF RELEASE**

                                                Re: Guillermo Jose Leon Ramirez
                                                No. 2:18-MJ-238-KJN
                                                Date:January 30, 2019

1. Your release on bond will be delayed until the posting of the secured property bond. You will be released at 9:00 am on the first working day following the posting of the secured bond, at which time you will be released from the custody of the United States Marshals directly to Pretrial Services;

2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must provide documentation to Pretrial Services from Immigration officials authorizing you to obtain lawful employment in the United States;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

11. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

12. ***CURFEW: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations; and***

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours.