1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710
   hannah_labaree@fd.org
5

6  Attorneys for Defendant
   GUILLERMO JOSE LEON RAMIREZ
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00011-JAM |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS UNDER |
| vs. | ) SPEEDY TRIAL ACT; [PROPOSED] ORDER |
| | ) |
| GUILLERMO JOSE LEON RAMIREZ, | ) DATE: September 24, 2019 |
| | ) TIME: 9:15 a.m. |
| Defendant. | ) COURT: Hon. John A. Mendez |
| | ) |

1. By previous order, this matter was set for status on September 24, 2019.

2. By this stipulation, the defendant now moves to continue the status conference to January 28, 2020 at 9:15 a.m., and to exclude time between September 24, 2019, at 9:15 a.m., and January 28, 2020 at 9:15 A.M., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes more than 100 pages of written discovery, as well as numerous audio and video files and spreadsheets of calls and text messages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

-1-

b) On or about March 20, 2019, the government produced additional audio/video discovery.

c) Mr. Ramirez is expected to resolve related case 19-cr-12 MCE on October 10, 2019, in front of the Honorable Judge Morrison C. England. The parties ask for this matter to be continued past the date expected for sentencing in the related case.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2019 to January 28, 2020 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

IT IS SO STIPULATED.

Dated: September 18, 2019          Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              /s/ Hannah R. Labaree
                                              HANNAH R. LABAREE
                                              Assistant Federal Defender

DATED: September 18, 2019          MCGREGOR W. SCOTT
                                              United States Attorney

                                              */s/ David Spencer*
                                              DAVID SPENCER
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 18th day of September, 2019

                                    /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ, UNITED
                                      STATES DISTRICT COURT JUDGE