| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | GUILLERMO JOSE LEON RAMIREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.   2:19-cr-0011 JAM |
|---|---|
| | )                 2:19-cr-0012 MCE |
| Plaintiff, | ) |
| | ) UNOPPOSED MOTION AND ORDER FOR |
| vs. | ) **TEMPORARY** MODIFICATION OF |
| | ) CONDITIONS OF PRETRIAL RELEASE |
| GUILLERMO JOSE LEON RAMIREZ, | ) |
| | ) Hon. Allison Claire |
| Defendant. | ) |
| | ) |

The defendant, GUILLERMO JOSE LEON RAMIREZ, is currently on pretrial release in this district.  He has cosigned a bond along with his brother, Aurelio Leon Ramirez, secured by all the equity in his brother's home. See CR 7 in 2:19-cr-011 JAM.  Mr. Ramirez is charged in 2:19-cr-0011 JAM with one violation of 18 U.S.C. § 922(g) (felon in possession of ammunition), and in 2:19-cr-0012 MCE with violations of 21 U.S.C. §§ 846, 841(a)(1) (conspiracy to distribute and to possess with intent to distribute fentanyl) (Count 1), and 21 U.S.C. § 841(a)(1) (distribution of fentanyl) (Counts 2 and 3). See CR 17 in 2:19-cr-11 JAM, and see CR 27 in 2:19-cr-12 MCE.

The defendant, Guillermo Ramirez, through Assistant Federal Defender, Hannah R. Labaree, hereby moves that Defendant's Conditions of Release be **temporarily** amended to suspend conditions number 11 and 12 (location monitoring and hours of curfew) (CR 23 in 2:19-cr-11 JAM), on September 20 and September 21, with all other conditions to remain in full force and effect.

Unopposed Motion for Temporary Modification
of Terms of Pretrial Release

Condition 12 currently requires that Mr. Ramirez remain inside his residence every day from 9:00 P.M. to 6:00 A.M., and is enforced by Condition 11, which imposes on Mr. Ramirez location monitoring. Defendant requests that special conditions 11 and 12 be temporarily amended such that Mr. Ramirez <u>not</u> be subject to curfew or ankle monitoring on the nights of September 20 and September 21. The purpose is to allow Mr. Ramirez to spend the weekend with his kids at his brother's house in Oroville. He is currently living at a different address, and would like to spend quality time with his family prior to imposition of the expected period of custody in this case.

On September 12, 2019, Mr. Ramirez' Pretrial Services Officer indicated that Mr. Ramirez is in compliance with his conditions of release. Pretrial Services is not opposed to the temporary removal of the location monitoring and curfew conditions. The Assistant United States Attorney does not oppose this request in light of the Pretrial Services Officer's approval.

Therefore, Defendant respectfully requests that the above-described temporary modification be made to Mr. Ramirez' special conditions of pretrial release for the nights of September 20 and 21.

Respectfully submitted,

DATED: September 12, 2019

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for GUILLERMO JOSE LEON RAMIREZ

# ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Numbers 11 and 12 for defendant, Guillermo Jose Leon Ramirez, imposing location monitoring and setting his hours of curfew from 9 PM to 6 AM, be **temporarily suspended** on September 20 and 21, 2019. These two conditions shall resume on the evening of September 22, such that the curfew of 9:00 P.M. be re-imposed on September 22 (condition 12) and enforced via location monitoring (condition 11). All other conditions of pretrial release shall remain in force.

Dated: September 18, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE