HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
GUILLERMO JOSE LEON RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:19-cr-0011 JAM |
| ) | 2:19-cr-0012 MCE |
| Plaintiff, ) | |
| ) | UNOPPOSED MOTION AND [PROPOSED] |
| vs. ) | ORDER FOR **TEMPORARY** MODIFICATION OF |
| ) | CONDITIONS OF PRETRIAL RELEASE |
| GUILLERMO JOSE LEON RAMIREZ, ) | |
| ) | Hon. Edmund F. Brennan |
| Defendant. ) | |
| ) | |
| _____ ) | |

The defendant, GUILLERMO JOSE LEON RAMIREZ, is currently on pretrial release in

this district.  He has cosigned a bond along with his brother, Aurelio Leon Ramirez, secured by

all the equity in his brother's home.  See CR 7 in 2:19-cr-011 JAM.  Mr. Ramirez resides in

Oroville, California.

Mr. Ramirez is charged in 2:19-cr-0011 JAM with one violation of 18 U.S.C. § 922(g)

(felon in possession of ammunition), and in 2:19-cr-0012 MCE with violations of 21 U.S.C. §§

846, 841(a)(1) (conspiracy to distribute and to possess with intent to distribute fentanyl) (Count

1), and 21 U.S.C. § 841(a)(1) (distribution of fentanyl) (Counts 2 and 3). See CR 17 in 2:19-cr-

11 JAM, and see CR 27 in 2:19-cr-12 MCE.  He entered a guilty plea on October 10, 2019, and

is scheduled for judgment and sentencing on May 14, 2020.

Mr. Ramirez, through Assistant Federal Defender, Hannah R. Labaree, hereby moves that

Defendant's Conditions of Release be **temporarily** amended to suspend conditions number 11

and 12 (location monitoring and hours of curfew) (CR 23 in 2:19-cr-11 JAM), on January 17 and

18, 2020, with all other conditions to remain in full force and effect.

Condition 12 currently requires that Mr. Ramirez remain inside his residence every day from 9:00 P.M. to 6:00 A.M., and is enforced by Condition 11, which imposes on Mr. Ramirez location monitoring. Defendant requests that special conditions 11 and 12 be temporarily amended such that Mr. Ramirez _not_ be subject to curfew or ankle monitoring on the nights of January 17 and 18. The purpose is to allow Mr. Ramirez to travel to Bakersfield to visit a nephew of his who is incarcerated at the Kern County Jail, located at 1415 Truxtun Ave, Bakersfield, CA 93301. In order to comply with visiting hours, Mr. Ramirez will travel to Bakersfield on the night of January 17 and spend Saturday night, January 18, in Bakersfield. He will return to his home in Oroville, California, on January 19.

On January 15, 2019, Mr. Ramirez' Pretrial Services Officer indicated that Mr. Ramirez is in compliance with his conditions of release. Pretrial Services is not opposed to the temporary removal of the location monitoring and curfew conditions. The Assistant United States Attorney does not oppose this request in light of the Pretrial Services Officer's approval.

Therefore, Defendant respectfully requests that the above-described temporary modification be made to Mr. Ramirez' special conditions of pretrial release for the nights of January 17 and 18.

                                            Respectfully submitted,

DATED: January 16, 2020                     HEATHER E. WILLIAMS
                                            Federal Defender

                                            _/s/ Hannah R. Labaree_____
                                            HANNAH R. LABAREE
                                            Assistant Federal Defender
                                            Attorney for GUILLERMO JOSE LEON
                                            RAMIREZ

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special

Condition of Release Numbers 11 and 12 for defendant, Guillermo Jose Leon Ramirez, imposing

location monitoring and setting his hours of curfew from 9 PM to 6 AM, be **temporarily**

**suspended** on January 17 and 18, 2020.  These two conditions shall resume on the evening of

January 19, such that the curfew of 9:00 P.M. be re-imposed on January 19 (condition 12) and

enforced via location monitoring (condition 11).  All other conditions of pretrial release shall

remain in force.

DATED: January 16, 2020

HON. EDMUND F. BRENNAN
United States Magistrate Judge