MCGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUILLERMO JOSE LEON RAMIREZ,

Defendant.

CASE NO. 2:19-CR-00011-JAM

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER

DATE: December 15, 2020
TIME: 9:30 a.m.
COURT: Hon. John A. Mendez

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 15, 2020.

2. By this stipulation, defendant now moves to continue the status conference until February 23, 2021, and to exclude time between December 15, 2020, and February 23, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes more than 100 pages of written discovery, as well as numerous audio and video files and spreadsheets of calls and text messages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review this discovery, to consult with her client, and to otherwise prepare for trial.

c) Defendant entered a guilty plea under a written agreement in related case 2:19-cr-12-MCE on October 10, 2019, before the Honorable Judge Morrison C. England. He is scheduled to be sentenced in that case on January 21, 2021. Defendant is currently in state custody on state charges filed on a state felony marijuana charge for which he was arrested on November 11, 2020. A Pretrial Services Violation Petition was filed based on the state charge. *See* ECF No. 46.

d) Pursuant to the terms of the written plea agreement in case 2:19-cr-12-MCE, the government will dismiss the Indictment in the above-captioned case (2:19-cr-11-JAM) at the time of sentencing. The parties ask for this matter to be continued past the date scheduled for sentencing in the related case.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 15, 2020 to February 23, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 11, 2020

MCGREGOR W. SCOTT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: December 11, 2020

/s/ Hannah R. Labaree
Hannah R. Labaree
Counsel for Defendant
GUILLERMO JOSE LEON RAMIREZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 11th day of December, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE