HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
hannah_labaree@fd.org

Attorneys for Defendant
GUILLERMO JOSE LEON RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19-cr-00011-JAM |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING EXCLUDABLE |
| ) | TIME PERIODS UNDER SPEEDY TRIAL |
| vs. ) | ACT; ORDER |
| ) | |
| GUILLERMO JOSE LEON RAMIREZ, ) | DATE: February 23, 2021 |
| ) | TIME: 9:30 a.m. |
| Defendant. ) | COURT: Hon. John A. Mendez |
| ) | |

1. By previous order, this matter was set for status on February 23, 2021.

2. By this stipulation, the defendant now moves to continue the status conference to April 20, 2021 at 9:30 a.m., and to exclude time between February 23, 2021, at 9:30 a.m., and April 20, 2021 at 9:30 A.M., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes more than 100 pages of written discovery, as well as numerous audio and video files and spreadsheets of calls and text messages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)    On or about March 20, 2019, the government produced additional audio/video discovery.

    c)    Mr. Ramirez entered a guilty plea under a written agreement in related case 19-cr-12 MCE on October 10, 2019, in front of the Honorable Judge Morrison C. England. He is set to be sentenced in that case on March 18, 2021.

    d)    Pursuant to the terms of the written plea agreement, the government will dismiss the Indictment in the above-encaptioned case (19-cr-00011 JAM) at the time of sentencing. The parties ask for this matter to be continued past the date scheduled for sentencing in the related case.

    d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

    f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 23, 2021 to April 20, 2021 at 9:30 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

-2-

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 18, 2021 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ Hannah R. Labaree<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| DATED: February 18, 2021 | MCGREGOR W. SCOTT<br>United States Attorney |
| | */s/ David Spencer*<br>DAVID SPENCER<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 18th day of February, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE