UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 18, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUILLERMO JOSE LEON RAMIREZ,

    Defendant.

No. 2:19-cr-00011-JAM

**DETENTION ORDER**

☐ After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds :
   ☐ there is probable cause to believe the person has committed a federal, state or local crime while on
   release and defendant has not rebutted the presumption that his release will endanger another or
   the community or
   ☐ there is clear and convincing evidence that the defendant has violated **another** condition of release
   **and**
   ☐ based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety
   of another person or the community or
   ☐ the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P.
   32.1(a)(D), 46(c), 18 U.S.C. § 3148.

☒ After a hearing pursuant to F.R.Cr.P. 46(c) and 18 U.S.C. § 3143(a)(2) (release or detention pending sentence), considering defendant's entry of a guilty plea in case 2:19-cr-00012-MCE,
the court finds that
the defendant has not shown that the conditions specified in § 3143(a)(2) are satisfied, and the court also finds that defendant has not clearly shown that there are exceptional circumstances why his detention would not be appropriate, see 18 U.S.C. § 3145(c).

   IT IS ORDERED that defendant is committed to the custody of the Attorney General for confinement pending sentencing. The defendant shall be afforded reasonable opportunity for private consultation with his counsel. Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

Dated: March 18, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE