HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GUILLERMO JOSE LEON RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00011-JAM |
|---|---|
| Plaintiff, | )          No. 2:19-cr-00012-MCE |
| vs. | ) [~~PROPOSED~~] ORDER TO FILE UNDER SEAL EXHIBIT A TO DEFENDANT'S MOTION FOR BAIL REVIEW |
| GUILLERMO JOSE LEON RAMIREZ, | ) |
| Defendant. | ) |

**IS HEREBY ORDERED** that the Request to Seal Exhibit A to GUILLERMO JOSE LEON RAMIREZ's Motion for Bail Review is GRANTED, so that the private information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: April 23, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order to Seal Documents                      -1-