HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
GUILLERMO JOSE LEON RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>GUILLERMO JOSE LEON RAMIREZ,<br><br>   Defendant. | Case No. 2:19-CR-11 JAM<br>          2:19-CR-12 MCE<br><br>**UNOPPOSED MOTION TO EXONERATE BOND; ORDER**<br><br>Judge:  Hon. Deborah Barnes |

Mr. Ramirez asks the Court to enter an order exonerating the secured bond ordered on December 7, 2018 (2:19-cr-11 JAM, Dkt. # 11) in light of his remand into custody. *See* also 2:19-cr-12 MCE, Dkt # 33 (Minute Order regarding continuing pretrial release on bond posted in 2:19-cr-11 JAM). The bond he seeks to exonerate is secured by all the equity in the home of Aurelio Ramirez, located at 331 Lausen Street, Oroville, CA 95966, parcel 033-062-003.

Mr. Ramirez appeared before the Magistrate Court on March 17 and 18, 2021 for his initial appearance on an alleged violation of his pretrial release and subsequent detention hearing. On March 18, the Court found Mr. Ramirez in violation of his Pretrial Release conditions and ordered him to remain in custody. 2:19-cr-11 JAM, Dkt. # 55, 58. On April 22, 2021, through counsel, Mr. Ramirez filed a motion for bail review. The parties appeared before the Magistrate Court on April 29 on that motion, at which time the motion was denied. 2:19-cr-11 JAM, Dkt. # 65, 72.

-1-

Mr. Ramirez has pled guilty pursuant to a written plea agreement with the government. *See* 2:19-cr-12 MCE at Dkt. #79. The hearing on Judgment and Sentencing is set for June 10, 2021. *See* 2:19-cr-12 MCE at Dkt. # 118.

The government does not object to entry of an order exonerating bond and reconveying property to the sureties as appropriate.

A proposed order follows.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  May 12, 2021  /s/ Hannah Labaree_____
HANNAH LABAREE
Assistant Federal Defender
Attorney for GUILLERMO JOSE LEON RAMIREZ

**O R D E R**

Bond for Guillermo Jose Leon Ramirez is **exonerated**.  The Clerk of the Court **shall** release all property securing the bond.

IT IS SO ORDERED.

Dated:  May 12, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE