PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO JOSE LEON RAMIREZ,<br><br>Defendant. | CASE NO. 2:19-CR-11-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 29, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 29, 2021.

2. By this stipulation, defendant now moves to continue the status conference until September 14, 2021, and to exclude time between June 29, 2021, and September 14, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 100 pages of written discovery, as well as numerous audio and video files and spreadsheets of calls and text messages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Mr. Ramirez entered a guilty plea under a written agreement in related case 19-cr-12 MCE on October 10, 2019, in front of the Honorable Judge Morrison C. England. He is set to be sentenced in that case on July 8, 2021, and the parties have filed a request to continue the sentencing hearing to August 5, 2021, to allow the defense sufficient time to prepare.

c) Pursuant to the terms of the written plea agreement, the government will dismiss the Indictment in the above-captioned case (19-cr-00011 JAM) at the time of sentencing. The parties ask for this matter to be continued past the date scheduled for sentencing in the related case.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 29, 2021 to September 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: June 25, 2021 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | | /s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: June 25, 2021 | | /s/ HANNAH R. LABAREE<br>HANNAH R. LABAREE<br>Counsel for Defendant<br>GUILLERMO JOSE LEON<br>RAMIREZ |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of June, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE