PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00011-JAM |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS; ORDER |
| v. | |
| GUILLERMO JOSE LEON RAMIREZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, hereby moves for an order dismissing the pending Indictment, pursuant to Federal Rule of Criminal Procedure 48(a).

On October 10, 2019, Defendant Guillermo Jose Leon Ramirez entered a guilty plea under a written agreement in related case 2:19-CR-0012-MCE, before the Honorable Morrison C. England, Jr. In that plea agreement, the government agreed to dismiss the Indictment in this case (2:19-CR-0011-JAM) following sentencing in Case No. 2:19-CR-0012-MCE. On September 9, 2021, Defendant was sentenced to 48 months in prison in Case No. 2:19-CR-0012-MCE, and that case is now closed.

Dated: September 10, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

## ORDER

For the reasons set forth in the motion to dismiss filed by the United States, IT IS HEREBY ORDERED that the pending Indictment in case number 2:19-CR-0011-JAM is hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: September 10, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE